**Federal Defenders**
OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

*Appeals Bureau*
*Barry D. Leiwant*
Attorney-in-Charge

June 26, 2023

**BY CM/ECF**

Hon. Catherine O'Hagan Wolfe
Clerk
United States Court of Appeals for the Second Circuit
40 Centre Street
New York, NY 10007

**Re:** ***United States v. Michael Avenatti,*** **Nos. 22-1242, 22-2550**

Dear Ms. Wolfe:

I represent the Appellant in the above matter. I respectfully request that oral argument not be scheduled on August 14-16, 2023, September 1, 2023, and September 5-6, 2023.

Thank you.

Respectfully submitted,

*[signature]*

cc: Government counsel (by ECF)